IN The Texas Court of Criminal Appeals and The Thirteenth Court of Appeals at Corpus Christi, Texas

Number 13-15-00070-CR

JOSE SALAS
V.
The State of Texas

From the 24th Judicial District Court of DeWitt County, Texas

TRIAL Court # 14-05-11,997

## Appellant's Pro-se motion for Grant of extension of time to file Petition for Discretionary Review

As of October 8th, 2015. I JOSE B. SALAS am requesting the Texas Court of Criminal Appeals to Grant Appellant's motion for extension of time to file a PDR for the first time. On this, the same date listed. I pray the Court of Appeals to file a motion for en banc consideration. Appellant would like to be notified of whether the first grant of time extension will be for sixty (60) days or for thirty (30) days.

would you please file the above instrument in my above cited criminal appeal? Appointed appeal counsel MR. Disher, David Allen, BAR NO. (TBC#) 05895 600 is no longer representing me, and will not be filing any more documents in this case. Therefore, I am proceeding pro-se from this point forward, by necessity apparently. The intrest of Justice require this document be filed and construed. See Boyd V. State, 811 S.W. 2d 105, 108-09 (Tex. Crim. App. 1991).

Thank you for your assistance and co-oporation in this appeal.

I declare under penalty of perjury that the facts stated herein are true and correct.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk RECEIVED

OCT 13 2015

FILED IN 13th COURT OF APPEALS
COURT OF CRIMINAL APPEALS

OCT 20 2015

Abel Acosta, Clerk

Respectfully Submitted

Jose B. Salas

JOSE B. SALAS # 1979973, Pro-se
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705